# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles William Evans,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                3:05-cv-404-MU-2

The State of North Carolina,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2005 Order.

**Signed: September 29, 2005**

Frank G. Johns, Clerk
United States District Court

Dockets.Justia.com