# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles William Evans,

    Plaintiff(s),

vs.

The State of North Carolina,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-404-MU-2

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2005 Order.

Signed: September 29, 2005

Frank G. Johns, Clerk
United States District Court